```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| **KELLI GARDNER,** | * |
| | * |
|     Plaintiff, | * |
| | * |
| vs. | *  CIVIL ACTION NO. 22-00370-B |
| | * |
| **KILOLO KIJAKAZI,** | * |
| **Acting Commissioner of** | * |
| **Social Security,** | * |
| | * |
|     Defendant. | * |

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for a period of disability and disability insurance benefits be **REVERSED** and **REMANDED.**

**DONE** this **31st** day of **October, 2023.**

                                                  /s/ SONJA F. BIVINS
                                      **UNITED STATES MAGISTRATE JUDGE**