**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **KELLI GARDNER,** | * | |
| | * | |
| **Plaintiff,** | * | |
| | * | |
| **vs.** | * | **CIVIL ACTION NO. 22-00370-B** |
| | * | |
| **FRANK J. BISIGNANO,** | * | |
| **Commissioner of Social** | * | |
| **Security,** | * | |
| | * | |
| **Defendant.** | * | |

<u>**JUDGMENT**</u>

In accordance with the Order (Doc. 34) entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Petitioner Bryan Konoski receive as an attorney's fee for services rendered in this Court the net amount of **$6,832.25,** pursuant to 42 U.S.C. § 406(b).

**DONE** and **ORDERED** this **27th** day of **October, 2025.**

                                    /s/ SONJA F. BIVINS
                              **UNITED STATES MAGISTRATE JUDGE**